**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **)** |
| **Plaintiff,** | **)** |
| **v.** | **) Cr. No. 08-456M-01 (DAR)** |
| **ROBERT LAWRENCE REEDER,** | **)** |
| **Defendant.** | **)** |

**MOTION TO WITHDRAW AS COUNSEL**

Michelle Peterson, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1. Michael Lasley, 1629 K Street, Suite 300, Washington, D.C. 20001, has been retained to represent Mr. Reeder in all future proceedings in this case.

*WHEREFORE*, it is respectfully requested that Michelle Peterson, Assistant Federal Public Defender, be permitted to withdraw as counsel for Robert L. Reeder in this case.

Respectfully submitted,

"/S/"
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500

**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 08-456M-01 (DAR)** |
| **ROBERT LAWRENCE REEDER,** | ) | |
| **Defendant.** | ) | |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this ___ day of July, 2008, hereby

**ORDERED** that the Motion to Withdraw as Counsel is hereby granted; and it is further

**ORDERED** that Michelle Peterson, Assistant Federal Public Defender,  is permitted to withdraw as counsel.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE