IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-456M-01 (DAR) |
| ROBERT LAWRENCE REEDER, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this 19th day of ~~July~~ August, 2008, hereby

**ORDERED** that the Motion to Withdraw as Counsel is hereby granted; and it is further

**ORDERED** that Michelle Peterson, Assistant Federal Public Defender, is permitted to withdraw as counsel.

DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE